IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY CHAN SAECHAO,** | Case No. 2:13-cv-01204 TLN KJN P |
| Respondent, | **ORDER** |
| v. | |
| **PAUL BRAZELTON,** | |
| Respondent. | |

On October 18, 2013, respondent filed a third request for extension of time in which to file a responsive pleading.

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including November 21, 2013. No further extensions of time will be granted.

Dated: October 22, 2013

/saec1204.eot3

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE